IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.   4:21-CR-207 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER UNSEALING** |
| | ) | **SUPERSEDING INDICTMENT AS** |
| | ) | **TO CERTAIN DEFENDANTS** |
| **SEALED SUPERSEDING INDICTMENT** | ) | |

The United States has moved to unseal the Superseding Indictment in this case. For the reasons set forth in the United States' motion, the Superseding Indictment is hereby unsealed as to RAJA IMRAN YOUNAS, JESSICA VOIGHT, GRANDEUR MANAGEMENT INC, CENET USA LLC, PREMIER LAUNDRY AND LINEN SUPPLY LLC, HOSPITALITY SERVICE GROUP LLC, SYED REHAN NAQVI, and RIDA NAQVI LLC.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
THOMAS E. ROGERS, III
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina.

June 9, 2021.

1