IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:21-cr-000207-RBH-1,3 |
| | ) | |
| v. | ) | |
| | ) | |
| RAJA IMRAN YOUNAS, | ) | |
| GRANDEUR MANAGEMENT, INC. | ) | |

**ORDER FOR RESTITUTION IN LIEU OF FINAL ORDERS OF FORFEITURE AND FINAL ORDERS OF FORFEITURE**

This matter is before the court on the motion of the United States for an order providing for restitution in lieu of forfeiture using $577,500.00 of the $900,805.16 previously seized by the United States Department of State and to forfeit the remaining $323,312.16 seized by the United States Department of State. The United States makes this motion upon the conviction of the above captioned defendants for conspiracy to commit wire fraud and conspiracy to commit to money laundering and after the entries of the Preliminary Orders of Forfeiture ("POFs"), which were filed on May 11, 2022. (Docket No. 345 and 347). The aforementioned POFs forfeited a total of $900,805.16 as to the above captioned defendants, which is described as follows:

Bank Accounts:

    1.    Anderson Brothers Bank-Account Number xxxxx2076
             In the name of: Allie Resorts, Inc. dba Allie Hospitality Payroll
             Valued at: $5,612.39
             Asset ID: 21-DSS-000500

    2.    Anderson Brothers Bank-Account Number xxxxx2092
             In the name of: Grandeur Management, Inc. dba Grandeur Hospitality
             Valued at: $374,648.93
             Asset ID: 21-DSS-000499

3. Anderson Brothers Bank-Account Number xxxxx2100
   In the name of: Grandeur Management, Inc. dba Grandeur Hospitality
   Valued at: $31,474.69
   Asset ID: 21-DSS-000497

4. Anderson Brothers Bank-Account Number xxxxx2118
   In the name of: Nextek Systems, Inc. dba Linentech Operating
   Valued at: $5,986.37
   Asset ID: 21-DSS-000503

5. Anderson Brothers Bank-Account Number xxxxx2175
   In the name of: Allie Resorts, Inc. dba Allie Hospitality Operating
   Valued at: $95,311.56
   Asset ID: 21-DSS-000501

6. Anderson Brothers Bank-Account Number xxxxx3447
   In the name of: Zain Investments
   Valued at: $5,919.29
   Asset ID: 21-DSS-000502

7. Anderson Brothers Bank-Account Number xxxxx3454
   In the name of: Cenet USA, LLC
   Valued at: $196,757.56
   Asset ID: 21-DSS-000498

8. First Citizens Bank-Account Number xxxxx0901
   In the name of: Grandeur Management, Inc. dba Grandeur Hospitality
   Valued at: $29,310.83
   Asset ID: 21-DSS-000486

9. PNC Bank-Account Number xxxxx2623
   In the name of: Raja Younas/Chomphunut Javitaychan
   Valued at: $74,381.91
   Asset ID: 21-DSS-000487

10. PNC Bank-Account Number xxxxx6242
    In the name of: Allie Resorts, Inc.
    Valued at: $79,161.76
    Asset ID: 21-DSS-000488

11. Wells Fargo Bank-Account Number xxxxx5455
    In the name of: Hospitality Resourcing, LLC
    Valued at: $617.64
    Asset ID: 21-DSS-000481

<u>United States Currency</u>:

1. $1,622.23 in United States Currency
   Seized from: 1809 North Oak Street, Myrtle Beach, SC
   Asset ID: 21-DSS-000476

2. $7.00 in United States Currency
   Seized from: 1809 North Oak Street, Myrtle Beach, SC
   Asset ID: 21-DSS-000477

The aforementioned POFs were incorporated into the corresponding Criminal Judgments and were final as to each of the above captioned defendants pursuant to Rule 32.2(b)(4)(A), Fed. R. Crim. P. (Docket No. 383 and 380). The aforementioned POFs directed that the United States provide notice to third parties of the government's intent to dispose of the $900,805.16 and provided that following publication and adjudication of all third-party interests in the $900,805.16, the court would enter final orders of forfeiture pursuant to 21 U.S.C. § 853(n)(7). As part of the sentences, the above captioned defendants were also ordered to pay restitution as set forth in the Criminal Judgments. Thereafter, the United States published notice of the aforementioned POFs. (Docket No. 352). The deadline for filing a third-party ancillary petition based upon publication has now expired.

The United States has informed the court that it now seeks to relinquish its forfeitable interest in $577,500.00 so that such funds may be paid towards restitution to the victims as ordered in the above referenced Criminal Judgments. (Docket No. 383 and 380). Consequently, the government has moved that $577,500.00 be applied towards restitution in lieu of final orders of forfeiture and that the remaining $323,312.16 seized from Defendants Raja Younas and Grandeur Management, Inc. be forfeited to the government.

Based upon the United States' motion to apply $577,500.00 towards restitution in lieu of forfeiture and to forfeit the remaining $323,312.16 seized from Defendants Raja Younas and Grandeur Management, Inc.:

IT IS HEREBY ORDERED that the United States Marshals Service is authorized and directed to transfer the described $577,500.00 into an account maintained by the Clerk, U.S. District Court as follows:

<u>Bank Accounts</u>:

1. Anderson Brothers Bank-Account Number xxxxx2076
   In the name of: Allie Resorts, Inc. dba Allie Hospitality Payroll
   Valued at: $5,612.39
   Asset ID: 21-DSS-000500

2. Anderson Brothers Bank-Account Number xxxxx2092
   In the name of: Grandeur Management, Inc. dba Grandeur Hospitality
   Valued at: $374,648.93
   Asset ID: 21-DSS-000499

3. Anderson Brothers Bank-Account Number xxxxx3454
   In the name of: Cenet USA, LLC
   Valued at: $196,757.56
   Asset ID: 21-DSS-000498

4. Wells Fargo Bank-Account Number xxxxx5455[1]
   In the name of: Hospitality Resourcing, LLC
   Valued at: $617.64
   Asset ID: 21-DSS-000481

IT IS FURTHER ORDERED that the government shall forfeit $323,312.16 and dispose of the forfeited $323,312.16 in accordance with the law as follows:

---

[1] $481.12 is to be transferred into an account maintained by the Clerk, U.S. District Court and the remaining $136.52 is to be forfeited according to the law.

Order, Page **4** of **6**

Bank Accounts:

1. Anderson Brothers Bank-Account Number xxxxx2100
   In the name of: Grandeur Management, Inc. dba Grandeur Hospitality
   Valued at: $31,474.69
   Asset ID: 21-DSS-000497

2. Anderson Brothers Bank-Account Number xxxxx2118
   In the name of: Nextek Systems, Inc. dba Linentech Operating
   Valued at: $5,986.37
   Asset ID: 21-DSS-000503

3. Anderson Brothers Bank-Account Number xxxxx2175
   In the name of: Allie Resorts, Inc. dba Allie Hospitality Operating
   Valued at: $95,311.56
   Asset ID: 21-DSS-000501

4. Anderson Brothers Bank-Account Number xxxxx3447
   In the name of: Zain Investments
   Valued at: $5,919.29
   Asset ID: 21-DSS-000502

5. First Citizens Bank-Account Number xxxxx0901
   In the name of: Grandeur Management, Inc. dba Grandeur Hospitality
   Valued at: $29,310.83
   Asset ID: 21-DSS-000486

6. PNC Bank-Account Number xxxxx2623
   In the name of: Raja Younas/Chomphunut Javitaychan
   Valued at: $74,381.91
   Asset ID: 21-DSS-000487

7. PNC Bank-Account Number xxxxx6242
   In the name of: Allie Resorts, Inc.
   Valued at: $79,161.76
   Asset ID: 21-DSS-000488

8. Wells Fargo Bank-Account Number xxxxx5455[2]
   In the name of: Hospitality Resourcing, LLC
   Valued at: $617.64

---

[2] The remaining $136.52 is to be forfeited according to the law.

      Asset ID: 21-DSS-000481

<u>United States Currency</u>:

1.     $1,622.23 in United States Currency
   Seized from: 1809 North Oak Street, Myrtle Beach, SC
   Asset ID: 21-DSS-000476

2.     $7.00 in United States Currency
   Seized from: 1809 North Oak Street, Myrtle Beach, SC
   Asset ID: 21-DSS-000477

IT IS FURTHER ORDERED that this court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary. The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

July 25, 2022                            <u>s/R. Bryan Harwell</u>
Florence, South Carolina            R. Bryan Harwell
                                          Chief United States District Judge